# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| NOEL, FRANKLIN L. | U. S. DISTRICT COURT | 09/13/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. MAGISTRATE JUDGE (FULL) | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

9W UNITED STATES COURTHOUSE
300 SOUTH 4TH STREET
MINNEAPOLIS, MINNESOTA 55415

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | University of Minnesota Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1-5/15 | University of Minnesota Law School; wages | $4,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1-12/2015 | Marketing Minds, salary; supplemental distribution |
| 2. 1-12/2015 | General Mills, Inc. Pension Benefits |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 09/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 09/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Wells Fargo Brokerage Account #1 | | | | | | | | | |
| 2.  - - Apple, Inc (AAPL) | C | Dividend | K | T | | | | | |
| 3.  - -CNA Financial Group (CNA) | A | Dividend | J | T | | | | | |
| 4.  - -Chemours Co (CC) | A | Dividend | J | T | Spinoff (from line 6) | 07/01/15 | J | | |
| 5.  - -Chicago Bridge (CBI) | A | Dividend | J | T | | | | | |
| 6.  - -E.I. dePont de Nemours (DD) | A | Dividend | J | T | | | | | |
| 7.  - -Fresh DelMonte Produce (FDP) | A | Dividend | J | T | | | | | |
| 8.  - -Flextronics International, Ltd. (FLEX) | | None | J | T | | | | | |
| 9.  - -Gannett Co., Inc. (GCI) | A | Dividend | J | T | | | | | |
| 10.  - -General Electric Co. (GE) | A | Dividend | J | T | | | | | |
| 11.  - -Goldcorp Inc. (GG) | A | Dividend | J | T | | | | | |
| 12.  - -Home Depot, Inc. (HD) | A | Dividend | K | T | | | | | |
| 13.  - -Humana, Inc. (HUM) | A | Dividend | J | T | | | | | |
| 14.  - -Imation Corp. (IMN) | | None | J | T | | | | | |
| 15.  - -ION Geophysical Corp. (IO) | | None | J | T | | | | | |
| 16.  - -Japan Smaller Cap Fund (JOF) | A | Dividend | J | T | | | | | |
| 17.  - -Southwest Airlines (LUV) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 09/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Newmont Mining Corp. (NEM) | A | Dividend | J | T | | | | | |
| 19. --Newport Corporation (NEWP) | | None | J | T | | | | | |
| 20. --Newell Rubbermaid, Inc. (NWL) | A | Dividend | J | T | | | | | |
| 21. --Planar Systems, Inc. (PLNR) | | None | | | Sold | 12/02/15 | J | A | |
| 22. --Regis Corporation (RGS) | A | Dividend | J | T | | | | | |
| 23. --Sony Corporation (ADR) (SNE) | A | Dividend | J | T | | | | | |
| 24. --Steris Corporation (STE) | A | Dividend | J | T | | | | | |
| 25. --Superior Industries Int'l, Inc. (SUP) | A | Dividend | J | T | | | | | |
| 26. --Tecumseh Products Company (TECUA) | | None | | | Sold | 09/21/15 | J | A | |
| 27. --Tegna (TGNA) | A | Dividend | K | T | Spinoff (from line 9) | 06/29/15 | J | | |
| 28. --U.S. Bancorp (USB) | A | Dividend | J | T | | | | | |
| 29. --Wausau Paper Corp. (WPP) | A | Dividend | J | T | | | | | |
| 30. --Wells Fargo Money Market FD | A | Interest | L | T | | | | | |
| 31. Wells Fargo Brokerage Account #2 | | | | | | | | | |
| 32. --Amerisource Bergen Corp. (ABC) | A | Dividend | L | T | | | | | |
| 33. --ACE Limited (ACE) | A | Dividend | K | T | | | | | |
| 34. --Aviat Networks, Inc. (AVNW) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 09/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Baxter International, Inc. (BAX) | A | Dividend | J | T | | | | | |
| 36. --Baxalta, Inc (BXLT) | A | Dividend | J | T | Spinoff (from line 35) | 07/01/15 | J | | |
| 37. --ConAgra Foods, Inc. (CAG) | A | Dividend | K | T | | | | | |
| 38. --Center Point Energy, Inc. (CNP) | A | Dividend | K | T | | | | | |
| 39. --CONSOL Energy, Inc. (CNX) | A | Dividend | J | T | | | | | |
| 40. --CONOCOPhillips (COP) | B | Dividend | K | T | | | | | |
| 41. --Phillips 66 (psx) | A | Dividend | K | T | | | | | |
| 42. --Dean Foods Company (DF) | | None | J | T | | | | | |
| 43. --Devon Energy Corporation (DVN) | A | Dividend | J | T | | | | | |
| 44. --Embraer, SA (ADR) (ERJ) | A | Dividend | J | T | | | | | |
| 45. --Harris Corporation (HRS) | A | Dividend | K | T | | | | | |
| 46. --Lorillard, Inc. (LO) | B | Dividend | | | Merged (with line 49) | 06/12/15 | L | F | |
| 47. --Mueller Industries, Inc. (MLI) | A | Dividend | J | T | | | | | |
| 48. --Nokia Corporation (ADR) (NOK) | A | Dividend | J | T | | | | | |
| 49. --Reynolds American, Inc (RAI) *SEE PART VIII | B | Dividend | K | T | Open | 06/12/15 | K | | |
| 50. --Stanley Black & Decker, Inc. (SWK) | A | Dividend | K | T | | | | | |
| 51. --Whiteware Foods (WWAV) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 09/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - -Wells Fargo accounts WF money market FD | A | Interest | N | T | | | | | |
| 53. Wells Fargo IRA Account #1 | | | | | | | | | |
| 54. - -AOL, Inc. (AOL) | | | | | Sold | 06/30/15 | J | A | |
| 55. - -Citigroup, Inc. (C) | A | Dividend | J | T | | | | | |
| 56. - -Cisco Systems, Inc. (CSCO) | A | Dividend | J | T | | | | | |
| 57. - -Diageo, plc (ADR) (DEO) | A | Dividend | K | T | | | | | |
| 58. - -Dodge & Cox Int'l Stock Fund (DODFX) | A | Dividend | L | T | | | | | |
| 59. --Wells Fargo Adv. Int'l Eq Fund (WFEAX) | A | Dividend | K | T | | | | | |
| 60. - -International Business Machine Corp. (IBM) | A | Dividend | K | T | | | | | |
| 61. - -Intel Corporation (INTC) | A | Dividend | K | T | | | | | |
| 62. - -Nu Skin Enterprises, Inc. (NUS) | B | Dividend | K | T | | | | | |
| 63. - -New York Community Bancorp, Inc. (NYCB) | B | Dividend | K | T | | | | | |
| 64. - -Mutual Quest Fund Class A (TEQIX) | B | Dividend | K | T | | | | | |
| 65. - -Time Warner Cable, Inc. (TWC) | A | Dividend | J | T | | | | | |
| 66. - -Time Warner, Inc. (TWX) | A | Dividend | J | T | | | | | |
| 67. - -Time, Inc. (TIME) *SEE PART VIII | A | Dividend | J | T | Spinoff (from line 66) | 06/09/14 | J | | |
| 68. --Pimco All Asset Fund (PAUCX) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 09/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   - -cash | A | Interest | M | T | | | | | |
| 70.   Wells Fargo IRA Account #2 | | | | | | | | | |
| 71.   - -Becton, Dickinson and Co. (BDX) | A | Dividend | L | T | | | | | |
| 72.   - -ConocoPhillips (COP) | A | Dividend | K | T | | | | | |
| 73.   --Phillips 66 (PSX) | A | Dividend | J | T | | | | | |
| 74.   - -Mutual Quest Fund Z (MQIFX) | C | Dividend | M | T | | | | | |
| 75.   - -Novartis, AG (ADR) (NVS) | B | Dividend | L | T | | | | | |
| 76.   - -Proctor & Gamble Company (PG) | A | Dividend | K | T | | | | | |
| 77.   - -The Travelers Companies, Inc. (TRV) | A | Dividend | K | T | | | | | |
| 78.   --Pimco Inc. Fund (PONCX) | B | Dividend | L | T | | | | | |
| 79.   - -cash | A | Interest | M | T | | | | | |
| 80.   Wells Fargo IRA Account #3 | | | | | | | | | |
| 81.   - -AOL, Inc. (AOL) | | None | J | T | | | | | |
| 82.   --SPDR ETF (DIA) | B | Dividend | L | T | | | | | |
| 83.   - - S&P 500 Dep. Recp't Unit Ser 1 (SPY) | A | Dividend | K | T | | | | | |
| 84.   - -Time Warner (Cable) (TWC) | A | Dividend | J | T | | | | | |
| 85.   - -Time Warner (TWX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 09/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - -Time, Inc (TIME) *SEE PART VIII | A | Dividend | J | T | Spinoff (from line 85) | 06/09/14 | J | | |
| 87. - -cash | A | Interest | K | T | | | | | |
| 88. Wells Fargo IRA Account #4--WF Adv Large Cap Fund (STRFX) | | None | J | T | | | | | |
| 89. Wells Fargo Bank Cash Accounts | C | Interest | O | T | | | | | |
| 90. Schwab Brokerage Account #1 | | | | | | | | | |
| 91. - -Alphabet, Inc (GOOGL) | | None | L | T | Buy | 12/28/15 | L | | |
| 92. - -BP Plc (ADR) (BP) | B | Dividend | K | T | | | | | |
| 93. - -DaimlerChrysler (CX formerly DDAIF) | A | Dividend | J | T | | | | | |
| 94. - -Darden Restaurants, Inc. (DRI) | A | Dividend | K | T | | | | | |
| 95. - -Dow Chemical Company (DOW) | A | Dividend | K | T | | | | | |
| 96. - -Energen Corporation (EGN) | A | Dividend | J | T | | | | | |
| 97. - -Exxon Mobil Corporation (XOM) | A | Dividend | K | T | | | | | |
| 98. - -Four Corners Property (FCPT) | | None | J | T | Spinoff (from line 94) | 11/09/15 | J | | |
| 99. - -Frontier Communications Corp. (FTR) | A | Dividend | J | T | | | | | |
| 100. - -General Electric Company (GE) | A | Dividend | K | T | | | | | |
| 101. - -General Mills, Inc. (GIS) | B | Dividend | L | T | | | | | |
| 102. - -Honeywell International, Inc. (HON) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 09/13/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - -Iberdrola SA (IBDRY) | A | Dividend | J | T | | | | | |
| 104. - -JM Smucker Company (SJM) | A | Dividend | J | T | | | | | |
| 105. - -Johnson & Johnson (JNJ) | B | Dividend | L | T | | | | | |
| 106. - -Kellogg Company (K) | B | Dividend | K | T | | | | | |
| 107. - -KeyCorp. (KEY) | A | Dividend | J | T | | | | | |
| 108. - -MBIA, Inc. (MBI) | | None | J | T | | | | | |
| 109. - -Norfolk Southern Corporation (NSC) | A | Dividend | K | T | | | | | |
| 110. --Nu Skin (NUS) | A | Dividend | K | T | | | | | |
| 111. - -Piper Jaffray Companies (PJC) | | None | J | T | | | | | |
| 112. - -Power Shares QQQ trust, Ser. 1 (QQQ) | A | Dividend | K | T | | | | | |
| 113. - -Proctor & Gamle Company (PG) | A | Dividend | K | T | | | | | |
| 114. - -SPDR S&P 500 (ETF) (SPY) | A | Dividend | K | T | | | | | |
| 115. --SPDR ETF fka Diamond Trust Series Mutual Fund (DIA) | A | Dividend | J | T | | | | | |
| 116. - -SuperValu, Inc. (SVU) | A | Dividend | J | T | | | | | |
| 117. - -Surmodics, Inc. (SRDX) | | None | J | T | | | | | |
| 118. - -Target Corporation (TGT) | A | Dividend | K | T | | | | | |
| 119. - -Textron, Inc. (TXT) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 09/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - -US Bancorp (USB) | A | Dividend | K | T | | | | | |
| 121. - -Verizon Communications, Inc. (VZ) | A | Dividend | J | T | | | | | |
| 122. - -Washington Real Estate Investment T (WRE) | A | Dividend | K | T | | | | | |
| 123. - -Pimco High Yield Institutional sharles (PHIYX) | C | Dividend | K | T | | | | | |
| 124. - -Schwab S&P 500 Index Fund (SWPPX) | A | Dividend | K | T | | | | | |
| 125. - -US Treasury due 8/15/23 | A | Interest | J | T | | | | | |
| 126. - -Schwab cash reserves (SWSXX) | A | Interest | N | T | | | | | |
| 127. --Kinder/Morgan (KMI) including WARRANTS (KMIWS) | A | Dividend | J | T | | | | | |
| 128. SCHWAB 401(k) account | | | | | | | | | |
| 129. --Schwab Money Mkt Fund (SWMXX) | A | Dividend | M | T | | | | | |
| 130. - -Becton Dickinson (BDX) | A | Dividend | L | T | | | | | |
| 131. - -International Business Machines (IBM) | B | Dividend | K | T | | | | | |
| 132. - -New York Community Bancorp, Inc. (NYCB) | B | Dividend | K | T | | | | | |
| 133. - -NuSkin Enterprises (NUS) | B | Dividend | K | T | | | | | |
| 134. --Novartis (NVS) | A | Dividend | J | T | | | | | |
| 135. --Nuance (NUAN) | | None | K | T | | | | | |
| 136. - -OAKMARK Intl Fund (OAKIX) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 09/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - -GABELLI Small Cap (GABSX) | A | Dividend | J | T | | | | | |
| 138. Charles Schwab Bank | A | Interest | K | T | | | | | |
| 139. Morgan Stanley Brokerage Account | | | | | | | | | |
| 140. - -Citibank NA | A | Interest | N | T | | | | | |
| 141. - -AT&T (T) | A | Dividend | K | T | | | | | |
| 142. - -Alcatel Lucent (ALU) | | None | J | T | | | | | |
| 143. --Boeing (BA) | B | Dividend | M | T | | | | | |
| 144. - -Comcast Corp. (CMCSA) | A | Dividend | J | T | | | | | |
| 145. --EXELON Corp (EXC) | A | Dividend | J | T | | | | | |
| 146. - -Dow Chemical (DOW) | A | Dividend | J | T | | | | | |
| 147. - -Edison International (EIX) | A | Dividend | J | T | | | | | |
| 148. --Kinder/Morgan, Inc. (KMI) | A | Dividend | J | T | | | | | |
| 149. - -Energen Corp. (EGN) | A | Dividend | K | T | | | | | |
| 150. - -IBERDROLA (IBDRY) | A | Dividend | J | T | | | | | |
| 151. - -LSI Corp. (LSI) | | None | J | T | | | | | |
| 152. - -National Fuel Gas (NFG) | A | Dividend | J | T | | | | | |
| 153. - -PG&E (PCG) | A | Dividend | J | T | | | | | |

1. Income Gain Codes:     A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes            J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal              R =Cost (Real Estate Only) S =Assessment              T =Cash Market
(See Column C2)           U =Book Value             V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 09/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - -PNC Financial Services (PNC) | A | Dividend | J | T | | | | | |
| 155.  - -Praxair, Inc. (PX) | A | Dividend | J | T | | | | | |
| 156.  --CenturyLink (CTL) Comm.(Q | A | Dividend | J | T | | | | | |
| 157.  - -Contra Seahawk | | None | J | T | | | | | |
| 158.  - -Sempra Energy (SRE) | A | Dividend | K | T | | | | | |
| 159.  - -Verizon (VZ) | A | Dividend | J | T | | | | | |
| 160.  - -Vodafone Group (VOD) | A | Dividend | J | T | | | | | |
| 161.  - -Westar Energy, Inc. (WR) | A | Dividend | J | T | | | | | |
| 162.  - -Babson Capital Corp. (MCI) | B | Dividend | K | T | | | | | |
| 163.  - -Mutual Quest (MQIFX) | A | Dividend | J | T | | | | | |
| 164.  - -Mutual Global Disc. (MDISX) | B | Dividend | L | T | | | | | |
| 165.  - -Centrus Energy (LEU) | | None | J | T | | | | | |
| 166.  American Century Mutual Funds (Am. Century) | | | | | | | | | |
| 167.  - -Growth (TWCGX) | C | Dividend | K | T | | | | | |
| 168.  - -Ultra (TWCUX) | B | Dividend | K | T | | | | | |
| 169.  - -Balanced (TWBIX) | C | Dividend | L | T | | | | | |
| 170.  Federated Kaufman Fund R (KAUFX) | E | Distribution | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 09/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Vanguard | | | | | | | | | |
| 172. - -Balanced Index Fund Investors Shares (VBINX) | A | Dividend | L | T | Buy (add'l) | 02/10/15 | J | | |
| 173. | | | | | Buy (add'l) | 03/11/15 | J | | |
| 174. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 175. | | | | | Buy (add'l) | 05/20/15 | J | | |
| 176. | | | | | Buy (add'l) | 06/01/15 | J | | |
| 177. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 178. | | | | | Buy (add'l) | 08/11/15 | J | | |
| 179. | | | | | Buy (add'l) | 09/29/15 | J | | |
| 180. | | | | | Buy (add'l) | 11/16/15 | J | | |
| 181. - -Tax Exempt Money Market Fund (VMSXX) | A | Dividend | J | T | Sold (part) | 02/10/15 | J | | |
| 182. | | | | | Sold (part) | 03/11/15 | J | | |
| 183. | | | | | Sold (part) | 04/17/15 | J | | |
| 184. | | | | | Sold (part) | 05/20/15 | J | | |
| 185. | | | | | Sold (part) | 08/11/15 | J | | |
| 186. | | | | | Sold (part) | 09/29/15 | J | | |
| 187. | | | | | Sold (part) | 11/16/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 09/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - -Odyssey Marine Expl. (OMEX) | | None | J | T | | | | | |
| 189. - -Prime Money Market Fund (VMMXX) | A | Dividend | P1 | T | | | | | |
| 190. - -Windsor Fund Investor Shares (VWNDX) | C | Dividend | L | T | | | | | |
| 191. Heartland Value Fund (HRTVX) | D | Distribution | L | T | | | | | |
| 192. Manulife Financial Corp.(MFC) | B | Dividend | K | T | | | | | |
| 193. General Mills 401(k) | | | | | | | | | |
| 194. --Schwab money Mkt Fund (SWMXX) | A | Dividend | J | T | | | | | |
| 195. --General Mills (GIS) | B | Dividend | L | T | | | | | |
| 196. --F five | | None | L | T | | | | | |
| 197. --2020 Target Retirement Fund | | None | L | T | | | | | |
| 198. --Diversified US Equity Fund | | None | M | T | | | | | |
| 199. --Growth Equity Fund | | None | K | T | | | | | |
| 200. --International Developed Market Fund | | None | M | T | | | | | |
| 201. --SP500 Fund | | None | M | T | | | | | |
| 202. --Small Midcap Equity Fund | | None | L | T | | | | | |
| 203. --Value Equity Fund | | None | L | T | | | | | |
| 204. Aware Board Non-Qualified Fund Blue Cross Blue ShieldBe | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. --FID Growth Co., (FGCKX) | D | Dividend | M | T | | | | | |
| 206. --SPTN 500 Index (FUSVX) | A | Dividend | L | T | | | | | |
| 207. --Times Sq SMCAP (TSCPX) | | None | K | T | | | | | |
| 208. --TMTL Global Bond (TPINX) | A | Dividend | K | T | | | | | |
| 209. --Fid Sel Tech (FSPTX) | | None | L | T | | | | | |
| 210. --Artisan Int/Val Inv (ARTKX) | D | Dividend | L | T | | | | | |
| 211. --Fid Sel Energy (FSENX) | B | Dividend | K | T | | | | | |
| 212. --Fid Sec Healthcare (FSPHX) | C | Dividend | L | T | | | | | |
| 213. --SPTN EXT Index A DV (FSEVX) | B | Dividend | L | T | | | | | |
| 214. Oklahoma Royalty Interest: Yazo County | A | Royalty | J | T | | | | | |
| 215. Oklahoma Royalty Interest: Marshall County | A | Royalty | J | T | | | | | |
| 216. Oklahoma Royalty Interest: Noble County | A | Royalty | J | T | | | | | |
| 217. Oklahoma Royalty Interest: Pottowatomic County | A | Royalty | J | T | | | | | |
| 218. Oklahoma Royalty Interest: Payne County | A | Royalty | J | T | | | | | |
| 219. Oklahoma Royalty Interest: Oklahoma County | A | Royalty | J | T | | | | | |
| 220. Oklahoma Royalty Interest: Caddo County | A | Royalty | J | T | | | | | |
| 221. Kansas Royalty Interest: Barton County | A | Royalty | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Louisiana Royalty Interest: Webster County | A | Royalty | J | T | | | | | |
| 223. | | | | | | | | | |
| 224. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 09/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

A.  Part VII; Line ## 1, 31, 53, 70, 80, 90, 128, 139, 166, 171, 193, and 204 are headers only. Column A describes the accounts in which the assets that follow are located. No information is provided in any column for these line items.

B.  Part VII; Line #89. I have aggregated several separate checking and savings accounts at Wells Fargo Bank.

C.  Part VII; Lines 46 and 49. On 6/12/15 Lorillard (LO) merged with Reynolds American (RAI). For each share of Lorillard, I received 0.2909 of a share of Reynolds American, plus a sum of cash. The Value Code in column D.3. of Line 46 represents the combined value of RAI stock received as of June 12, 2015 and the cash. The Gain Code in column D.4. of Line 46 represents the capital gain on this transation as reported on my 2015 Income Tax Return (Form 1040) as calculated by my accountant. Column C of Line 46 is left blank because I no longer held any LO stock on 12/31/15. The Value Code in column D.3. of Line 49 represents the value of the RAI stock only on June 12, 2015. The Value Code in column C.1. of Line 49 represents the value of the RAI stock on 12/31/15.

D.  Part VII; Lines 67; 86. In June of 2014 Time Warner Inc. spun off a new entitiy. Time, Inc. I over looked this transaction in both accounts when I prepared my 2014 Report, and am now correcting that oversight.

E.  Part VII; Lines 193-203. These lines represent my ▢ assets in the General Mills 401(k) Plan. ▢ former employer, The Pillsbury Company, merged with General Mills, Inc. The assets consist of several different investments. Lines 194-196 are invested in publicly traded assets as listed. Lines 197-203 are invested in Plan funds that are available only to plan participants. I previously aggregated these funds under the Header, "General Mills 401(k)" as "mutual funds". In response to a letter from the Committee on Financial Disclosure I am now separately listing these funds using the fund names shown on the plan statements my ▢ receives.

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 09/13/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ FRANKLIN L. NOEL**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544